# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  20-cr-1597-DMS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO (1) CONTINUE MOTION HEARING; AND (2) EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| DENISE ADRIANA MARTINEZ, | |
| Defendant. | |

The United States of America and defendant Denise Adriana Martinez jointly move to continue the Motion Hearing set for June 17, 2022 at 11:00 a.m. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For reasons stated in paragraph 3 of the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that the joint motion is granted. The Motion shall be continued to August 5, 2022 at 11:00 a.m.

IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until August 5, 2022 shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161. Time is excluded in the interests of justice because the absence of a continuance could result in a miscarriage of justice. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(i).

Date:06/14/22

_____
HON. DANA M. SABRAW
Chief United States District Judge